IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RODNEY THOMPKINS, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00026-MTT |
| | * | |
| CONSUMER DISPUTE LAWYERS et al, | * | |
| Defendants. | * | |

## **JUDGMENT**

Pursuant to this Court's Order dated November 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 13th day of November, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk